AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Ignacio PEREZ-Vallejos<br><br>_Defendant(s)_ | Case No: 18mj1671 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>May 15, 2018</u> in the county of <u>Grant</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: 21 USC 844, Knowingly and Intentionally Possessing a Quantity of Marijuana, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On May 15, 2018 the defendant was encountered by Border Patrol Agents in Grant County, New Mexico. The defendant admitted to being a citizen of Mexico illegally in the United States. Record checks revealed that the defendant was deported from the United States to Mexico on or about December 31, 2016. The deportation was subsequent to the defendant's conviction of 21 USC 844, Knowingly and Intentionally Possessing a Quantity of Marijuana on or about September 27, 2012, for which the defendant was sentenced to 180 days confinement. There is no evidence to indicate that the defendant has applied for permission from the appropriate authority to enter or remain in the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Daniel Davidson  Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: May 17, 2018

_Judge's signature_

City and state: Las Cruces, N.M.

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
_Printed name and title_